# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: JOHN BEDNARCZYK          §    Case No. 13-83585
      APRIL MEYER              §
                               §
                               §
      Debtors                  §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 10/21/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/15/2014.

5) The case was dismissed on 02/07/2014.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 4.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,270.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | $ 0.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A LAW OFFICE OF CROSBY & | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| GRANT PARK AUTO SALES | Sec | 12,600.00 | 12,600.00 | 12,600.00 | 0.00 | 0.00 |
| GRANT PARK AUTO SALES | Uns | 7,200.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ADVANTAGE | Sec | 22,000.00 | 22,000.00 | 22,000.00 | 0.00 | 0.00 |
| ABA | Uns | 204.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 223.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| ACCT RCV SVC | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCIAL / | Uns | 4,643.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 299.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 277.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 252.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 589.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 441.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 80.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED COLLECTORS INC | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 140.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 47.00 | NA | NA | 0.00 | 0.00 |
| CASHCALL INC | Uns | 2,595.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE | Uns | 327.00 | 622.00 | 622.00 | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 175.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 155.62 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 154.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 67.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 195.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 402.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION S | Uns | 940.00 | NA | NA | 0.00 | 0.00 |
| EQUIPMENT RECOVERY SERVICES | Uns | 605.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES SPECIALTY FINANCE | Uns | 1,469.08 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 546.00 | 546.69 | 546.69 | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 660.36 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 339.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECT | Uns | 304.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GRO | Uns | 266.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE DIRECT | Uns | 155.62 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RMA / CHECK IT | Uns | 25.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 429.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,632.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 921.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 889.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 523.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 462.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 2,140.76 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN ASSOC | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| UNITED DEPT HOLDINGS LLC | Uns | 199.03 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 27,323.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 25,070.00 | NA | NA | 0.00 | 0.00 |
| VIRTUOSO SOURCING GROUP | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| BARON'S CREDITORS SERVICES | Uns | 0.00 | 905.44 | 905.44 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 0.00 | 282.52 | 282.52 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 0.00 | 766.92 | 766.92 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 22,000.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 12,600.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 34,600.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 3,123.57 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/19/2014      By: /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.